No. 90–7482. ROGAT ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7487. SNEAD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7492. ESTUPINAN-PAREDES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–7505. TOPPI, AKA FISKE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7511. GONZALEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7514. WILLIAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7521. HENDERSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7533. SHEPARD *v.* BORGERT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 88–1037. ARIZONA *v.* NASTRO, JUDGE, SUPERIOR COURT OF ARIZONA, COUNTY OF MARICOPA. Sup. Ct. Ariz. Motion of respondent Elden Gardner for leave to proceed *in forma pauperis* granted. Certiorari denied.